CITY OF NEW ROCHELLE, Respondent, *v.* MORGAN H. SEACORD, Appellant.

Submitted October 6, 1952; decided October 16, 1952.

*Murray C. Fuerst, Acting Corporation Counsel* (*Francis S. Claps* of counsel), for motion.

*Morgan H. Seacord,* in person, opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion.